AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

 

| | |
|---|---|
| NATIONAL VETERINARY ASSOCIATES, INC., <br><br> *Plaintiff(s)* <br> v. <br> BLUE STAR ANIMAL HOSPITAL, LLC d/b/a ST. JOHNS VET AFFORDABLE ANIMAL HOSPITAL, and VENKAT R. GUTTA, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Blue Star Animal Hospital, LLC d/b/a St. Johns Vet Affordable Animal Hospital
    c/o Srilatha Kancharkuntla, Registered Agent
    2851 CR 210 W, Suite 119
    Saint Johns, FL 32259

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jaime Rich Vining, Esq.
    Friedland Vining, P.A.
    6619 South Dixie Highway, PMB 157
    Miami, Florida 33143

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                 *CLERK OF COURT*

Date: _____

                                *Signature of Clerk or Deputy Clerk*